UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD DIMARIA, ) <br> ) <br> Petitioner ) <br> v. ) <br> ) <br> STEPHEN SPAULDING, ) <br> Warden of Federal Medical Center Devens ) <br> ) <br> Respondent. ) | CRIMINAL NO. 20-cv-10996-GAO |

**MOTION FOR FOR ORDER OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE**</u>
**(assented to)**

NOW COMES counsel for the Petitioner, Edward DiMaria, and requests the Court enter an Order of voluntary dismissal of this action pursuant to FED. R. CIV. P. 41(a)(2). Petitioner requests that the order be entered without prejudice.

Undersigned counsel has consulted with the government regarding this motion. The government assents to this request.

WHEREFORE, Petitioner requests that the Court grant this request and enter an order of voluntary dismissal without prejudice.

Respectfully submitted,
EDWARD DIMARIA,
By his attorney,

<u>/s/Ian Gold</u>
Ian Gold (BBO# 665948)
185 Devonshire Street, Suite 302
Boston, Mass. 02210
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

Date: February 26, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that true copies of this document will be served on Assistant United States Attorney Rayford Farquhar and the other registered parties through the ECF system on this date, Feb. 26, 2021.

                                        /s/Ian Gold
                                        Ian Gold, Esq.

## LOCAL RULE 7.1 CERTIFICATION

      I, Ian Gold, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for the Respondent in order to narrow or resolve the issues raised by this motion.

                                        /s/ Ian Gold
                                        Ian Gold, Esq.

Dated: February 26, 2021