# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action: 1:20-cv-10996-GAO

Edward DiMaria
**Plaintiff**

v.

Stephen Spaulding
**Defendant**

## Order of Dismissal

O'Toole, D.J.

In accordance with the Order [25] dated 3/2/2021 it is hereby ORDERED that the above-entitled action is DISMISSED without prejudice.

By the Court,

/s/ Taylor Halley
Deputy Clerk

3/2/2021